Report Date: December 1, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David D. Spragg     Case Number: 0980 2:14CR00168-TOR-22

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: August 31, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 1 day; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: September 2, 2015 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 1, 2018 |

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: On September 2, 2015, Mr. David Spragg signed his conditions relative to case number 2:14CR00168-TOR-22, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Spragg was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Mr. Spragg is alleged to have violated mandatory condition number 4, by ingesting methamphetamine, occurring over the weekend of November 11, 2017, as well as the weekend of November 18, 2017, based on confirmed urinalysis detection, as well as the client's admission of use.

On November 14, 2017, the undersigned officer received notification from Pioneer Human Services (PHS) that the client had presented to their facility for random testing as required on November 13, 2017, and had submitted a urinalysis sample for testing that was presumptive positive for methamphetamine. The undersigned officer additionally received

a drug use admission form in which the client signed his name and denied any use of methamphetamine as indicated by the test.

On November 20, 2017, the undersigned officer received confirmation from Alere Toxicology that the urinalysis sample submitted by the client at PHS on November 13, 2017, had been confirmed as being positive for methamphetamine.

Also occurring on November 20, 2017, the undersigned officer received notification from PHS indicating on November 17, 2017, Mr. Spragg had again reported to the provider for random urinalysis testing and was found to be presumptive positive for methamphetamine. Mr. Spragg signed a drug use admission form in which he denied any use of the substance. On November 27, 2017, lab confirmation was received confirming the presence of methamphetamine in the urinalysis sample submitted by the client at PHS on November 17, 2017.

On November 22, 2017, the client was contacted by the undersigned officer following failed attempts to contact him on November 20, and 21, 2017. Mr. Spragg reported on the day in question and admitted to using multiple times over the previous two weekends, with his most recent use occurring on November 18, 2017. Mr. Spragg signed a drug use admission form documenting his use of methamphetamine on November 18, 2017, as disclosed by the client.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     December 1, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[X]     The Issuance of a Summons

Signature of Judicial Officer

December 1, 2017

Date