PROB 12C
(6/16)

Report Date: January 22, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David D. Spragg | Case Number: 0980 2:14CR00168-TOR-22 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: August 31, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 1 day; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: September 2, 2015 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 1, 2018 |

## PETITIONING THE COURT

**To ISSUE A WARRANT and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/01/2017, and 01/08/2018.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: On September 2, 2015, Mr. David Spragg signed his conditions relative to case number 2:14CR00168-TOR-22, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Spragg was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Mr. Spragg is alleged to have violated mandatory condition number 4 by ingesting methamphetamine on or about January 7, 2018, based on the client's admission of use and positive urinalysis testing with his assigned treatment provider.

Specifically, on January 18, 2018, at 11:15 a.m., the undersigned officer received a phone call from the client's assigned chemical dependency counselor at New Horizon Care Centers who indicated she had just received urinalysis testing results back from a random urinalysis sample

submitted by the client at their facility on January 9, 2018, in which the results were confirmed as positive for methamphetamine, amphetamine, alcohol and a "derivative" of Suboxone.

Mr. Spragg was contacted telephonically on January 18, 2018, at which time he adamantly denied any use of any of the aforementioned substances. Mr. Spragg reported to U.S. probation on January 19, 2018, and would eventually admit using methamphetamine on or about January 7, 2018, and to using someone else's urine in effort to defeat the drug test.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/01/2017, and 01/08/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 22, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

February 1, 2018
Date